# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv570

| | |
|---|---|
| PATRICIA M. STEWART, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL CHERTOFF, as )<br>Secretary, Department of )<br>Homeland Security; )<br>)<br>MICHAEL B. MUKASEY, as )<br>Attorney General, Department )<br>of Justice; and )<br>)<br>MICHAEL AYTES, as Acting )<br>Deputy Director, U.S. Citizenship )<br>and Immigration Services; )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Application For Admission To Practice Pro Hac Vice of attorney Eliot Norman [Doc. 3].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's application is **ALLOWED**, and Eliot Norman is hereby granted *pro hac vice* admission to

the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: December 16, 2008

Martin Reidinger
United States District Judge